IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| W. FRANCESS COLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:06CV00026 |
| | ) | |
| POLICE OFFICER M. THOMAS 6456, | ) | |
| in his official capacity as an officer for the | ) | |
| Chapel Hill, NC police department, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER AND JUDGMENT

BEATY, District Judge.

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED, ADJUDGED AND DECREED that Defendant's unopposed Motion to Dismiss [Document #5] is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

This, the 18th day of April, 2006.

United States District Judge